**James D. WRIGHT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 01–3019.**

United States Court of Appeals, Federal Circuit.

Oct. 12, 2001.

Before PAULINE NEWMAN, BRYSON, and DYK, Circuit Judges.

JUDGMENT

Per Curiam.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36